```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**JOHNNY LEE NICHOLS**                                                         **PLAINTIFF**

         v.          Civil No. 09-5178

**MAYOR STEVE WOMACK, ET AL.**                                             **DEFENDANTS**

### O R D E R

NOW on this 29th day of November, 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 5), filed on October 28, 2010, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, Plaintiff's complaint is hereby **DISMISSED.**

IT IS SO ORDERED.

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE